UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

Filed Electronically

| | |
|---|---|
| KEVIN SADLER, JUDE EDELEN, AND MICHAEL KRIMM | ) ) ) ) |
| PLAINTIFFS | ) ) |
| v. | )   CIVIL ACTION NO. 3:17-cv-328-TBR ) |
| GENERAL ELECTRIC COMPANY | ) ) ) |
| DEFENDANT | ) ) |

## PETITION FOR REMOVAL

Defendant General Electric Company, ("GE"), by counsel, petitions this Court for removal of this action pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, and respectfully states the following:

**Diversity Jurisdiction Exists Between the Parties.**

1. Plaintiffs, Kevin Sadler, Jude Edelen, and Michael Krimm, filed this action on April 19, 2017, alleging common law claims against GE concerning their employment with GE. The Complaint did not specify the amount in controversy. This case is now pending in the Jefferson Circuit Court, Civil Action No. 17-CI-001902.[1]

2. This Court has original subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332(a) because the amount in controversy exceeds $75,000, exclusive of interest and costs, and is between citizens of different states.

3. Sadler, Edelen, and Krimm are now and were at the time of the commencement of this action citizens of Kentucky for purposes of diversity jurisdiction under 28 U.S.C. § 1332.

---

[1] Complaint, attached as Exhibit 1.

4. In accordance with 28 U.S.C. § 1332(c)(1), GE is now and was at the time of the commencement of this action a citizen of Connecticut with its principal place of business in Boston, Massachusetts.

5. This matter may be removed by GE pursuant to 28 U.S.C. § 1441 because diversity of citizenship exists between the parties, GE is not a citizen of Kentucky under the statute, and Sadler's, Edelen's, and Krimm's alleged damages exceed the jurisdictional amount of this Court, though liability and damages are denied by GE.

6. This Petition for Removal is timely filed with this Court as required by 28 U.S.C. § 1446(b)(3) within 30 days after GE received service of the Complaint on April 28, 2017.

## The Procedural Requirements for Removal are Satisfied.

7. The Jefferson Circuit Court is located within the Louisville Division of the Western District of Kentucky.

8. Removal of this action to this Court is proper because this Court has original subject matter jurisdiction over Sadler's, Edelen's, and Krimm's claims pursuant to 28 U.S.C. § 1332(a) and 28 U.S.C. § 1441(b) and is the United States District Court for the district and division corresponding to the place where the state court action was pending.

9. This Petition for Removal is filed within thirty (30) days of service on GE of the Complaint and is timely under 28 U.S.C. § 1446(c).

10. Pursuant to 28 U.S.C. § 1446(a), true and correct copy of all process, pleadings, exhibits, and orders served in this case are attached.

11. A true and accurate copy of this Petition for Removal will be filed with the Clerk of the Jefferson Circuit Court as required by law.

WHEREFORE, GE requests that this action be removed from the Circuit Court of Jefferson County, Kentucky, to this Court for all further proceedings.

Respectfully submitted,

/s/Matthew Barszcz
Kathryn A. Quesenberry
Matthew Barszcz
DINSMORE & SHOHL LLP
101 S. Fifth Street, Suite 2500
Louisville, Kentucky 40202
Telephone: (502) 581-8000
Facsimile: (502) 581-8111
E-Mail: Kathryn.Quesenberry@dinsmore.com
E-Mail: Matthew.Barszcz@dinsmore.com
*Counsel for Defendant, General Electric Company*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of this Petition for Removal was this 30th day of May, 2017, served via U.S. Mail on the following:

Samuel G. Hayward, Esq.
Adams Hayward & Welsh
4036 Preston Highway
Louisville, Kentucky 40213
Telephone: (502) 366-6456
E-Mail: sam@samhaywardlaw.com
*Counsel for Plaintiffs*

/s/Matthew Barszcz
*Counsel for Defendant General Electric Company*